Order Regarding Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT

### Eastern District of Arkansas

UNITED STATES OF AMERICA

V.

Demond D. McKinney

| | |
|---|---|
| Case Number: | 4:11CR00209-039JM |
| USM | 26579-009 |

**Date of Original Judgment:**  August 5, 2014

**Date of Previous Amended Judgment:**  August 5, 2014
*(Use Date of Last Amended Judgment if Any)*

N/A
Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(C)(2)

Upon motion of  ☐ the defendant  ☐ the Director of the Bureau of Prisons  **X** the court
under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline
sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing
Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account
the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a),
to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.
    **X** GRANTED and the defendant's previously imposed sentence of imprisonment of
        52 months **is reduced to 42 months.**

Except as provided above, all provisions of the judgment dated August 5, 2014 will remain in effect.

**IT IS SO ORDERED.**

Order Date: November 4, 2014

United States District Judge

Effective Date: November 1, 2015
        (If different from order date)